

FILED BY _Cur__ D.C.

DEC 1 8 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Dear Judge, Dimitrouleas,

Re: Case No. 0:24-60187-CR-WPD

My name is Jennifer Lynn Smith (Wife of Jason William Smith). I am writing to you as a desperate and heartbroken wife regarding my husband, Jason William Smith, who was sentenced on August 20, 2025, to 48 months in federal prison. On that day, you assured him — and everyone in the courtroom — that he would receive the same medical care in prison as he would at home. I believed those words with my whole heart. Today, I am terrified that promise is costing him his life.

I understand and respect the four-year sentence you imposed. I also truly believe that in your heart, you did not wish to see my husband's life destroyed, but rather to see accountability, growth, and change. The prosecution acknowledged that he had changed, that's what he once did was learned from the industry and that over the last three years. He has worked to unlearn those behaviors and do everything within his power to become a better man and do what is right. He has taken responsibility, and he continues to do so every single day.

Since his sentencing, my husband was housed at FDC Miami for approximately 40 days. During that time, his life-sustaining medication was withheld for the first 10 days, which caused a devastating drop in his kidney function. His levels fell by 20 points, leaving him at approximately 40%. This is terrifying, as he only has one functioning kidney. I feel helpless knowing this damage could have been avoided.

Before his incarceration, my husband had a medically necessary colonoscopy and endoscopy scheduled for September 15, 2025. These critical procedures have still not been performed, and no one has told us when — or if — they ever will be. He has not seen a GI specialist or a nephrologist, despite repeated requests and worsening symptoms.

He has now been waiting over 100 days for a kidney ultrasound, with absolutely no timeline provided. He has sent multiple sick calls and messages to the nurse at FCI Miami Camp regarding his constant back pain, stomach issues, and serious kidney concerns. He was told that everything requires approval, that care moves slowly, and that he should not expect the level of treatment he would receive outside of prison. He was also told there is no timeframe for when any of this will happen and that he must simply wait to see a specialist, who may then approve the testing. He was even told that some inmates wait a year or longer. Hearing this shattered me.

Most devastating of all, he has been told there is nothing that can be done for his back pain and that he would just have to "deal with it." Knowing the person, I love is suffering daily with pain, fear, and medical neglect is breaking my heart.

He cannot sleep peacefully, knowing his health is deteriorating behind bars without proper care. He is living in constant fear that a preventable medical emergency will take him from me. No wife should have to wonder if her husband will survive simply because he cannot access basic medical treatment.

His kidney function continues to worsen, along with serious stomach and back issues that cause constant pain and fear. I am terrified that by the time he completes his sentence; he will no longer be able to live a normal life due to permanent damage to his body. I do not want his punishment to become a lifelong medical sentence that leaves him unable to function, work, or contribute to society.

I firmly believe that under home confinement, while still serving his time, and under the care of the doctors who have treated him for over 20 years, he could receive the medical attention he desperately needs. He would still be accountable and continue serving his sentence, but he would do so in a way that preserves his health and allows him to survive. He wants to continue helping the government, secure stable employment, and prove through his actions that he is serious about change.

Instead, he is currently in a camp environment where his days consist of walking in the sun while his body weakens and his pain worsens, with no certainty of medical care. He does not want to give up. He wants to heal, improve, and continue becoming the man I should have been all along.

I am begging — from the deepest part of my heart — for your intervention. Please help save my husband. Please ensure he receives the medical attention he desperately needs before it is too late. He is not just an inmate; he is a husband, a human being, and a life that matters.

Sincerely,

Jennifer Smith

JenniferIsmith06@gmail.com
407 Lakeview Drive
Apt. 105
Weston, FL 33326

Jennifer Smith
407 Lakeview DR. #105
Weston, FL 33326

MIAMI FL 330
15 DEC 2025 PM 6 L

$0.7
US POSTA
FIRST-CLA
FROM 33
12/12/2
Stamps

Judge William P. Dimitrouleas
US. Federal Building & Courthouse
299 East Broward Blvd
Courtroom 205B; Chambers 205F
Fort Lauderdale, FL 33301