UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                      CASE NO.  24-60187-CR-DIMITROULEAS

        Plaintiff,

vs.

JASON SMITH,

        Defendant.

_____/

**O R D E R**

THIS CAUSE is before the Court on a letter received on December 18, 2025 from

Jennifer Smith [DE-96], and the Court having considered the letter and being fully advised

in the premises, it is hereby

ORDERED AND ADJUDGED that the Court defers ruling for five (5) days to await a

response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida,

this 19th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Jennifer Smith
407 Lakeview Drive, Apt. 105
Weston, FL  33326